W. C. FRANKLIN et al., Copartners under the Firm Name of FRANKLIN & CAREY, Respondents, *v.* THOMAS F. LEE, Appellant.

(Argued March 22, 1932; decided April 26, 1932.)

533

*Joseph A. Nickerson* and *William E. Mills, Jr.,* for appellant.

*M. E. Harby* and *Henri C. Jacques* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.